STEVEN M. KIPPERMAN LAW CORPORATION
  STEVEN M. KIPPERMAN, SBN 40895
57 Post St., Suite 604
San Francisco, California 94104
Telephone: (415) 397-8600
Facsimile: (415) 397-0792

LAW OFFICES OF KIMBERLY A. FANADY
  KIMBERLY A. FANADY, SBN 139589
115 Sansome Street, Suite 520
San Francisco, California 94104
Telephone: (415) 986-8467
Facsimile: (415) 986-8469

Attorneys for Plaintiff
Andrew R. Harris

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ANDREW R. HARRIS,                      )
                                       )  Case No. CV-11-5339
              Plaintiff,               )
                                       )
      vs.                              )  JOINT REQUEST FOR
                                       )  ADMINISTRATIVE RELIEF
                                       )  CONTINUING CASE
                                       )  MANAGEMENT CONFERENCE
D.A. MCCOSKER CONSTRUCTION CO., d/b/a  )  AND RELATED DATES AND
INDEPENDENT CONSTRUCTION CO., a California )  ORDER THEREON
corporation; and DOES 1-25, inclusive, )
                                       )
              Defendants.              )
_____)

     Plaintiff has moved for an order remanding this action to state court. Plaintiff's motion is set for hearing on January 20, 2012. The court's Order Setting Initial Case Management Conference and ADR Deadlines, entered November 3, 2011 (the "Initial Order"), establishes an initial discovery and ADR schedule under which the parties will be required to perform work which ultimately will be unnecessary if the court grants the motion to remand. Acccordingly, the parties jointly request administrative relief continuing the Case Management Conference and related dates as follows:

Joint Request for Administrative Relief
and Order Thereon                              1

1    All deadlines presently set for January 25, 2012 by the Initial Order are continued to
2 February 15, 2012.  All deadlines presently set for February 8, 2012 by the Initial Order are
3 continued to February 29, 2012.  The Case Management Conference now set for February 17, 2012
4 is continued to March 9, 2012.

6 Dated: December 22, 2011          STEVEN M. KIPPERMAN LAW CORPORATION
                                    LAW OFFICES OF KIMBERLY A. FANADY

                                    By:____/s/_____
                                         Kimberly A. Fanady

10                                  Attorneys for Plaintiff Andrew R. Harris

12 Dated: December 21, 2011          CAROTHERS, DISANTE & FREUDENBERGER LLP

                                    By:____/s/_____
                                         Connor J. Moyle

                                    Attorneys for Defendant D.A. McCosker Construction Co.

19 IT IS SO ORDERED.
                                    _____
                                    UNITED STATES DISTRICT JUDGE

                                    [Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Charles R. Breyer]

                                    ***END OF ORDER***

28 Joint Request for Administrative Relief
   and Order Thereon                          2