STEVEN M. KIPPERMAN LAW CORPORATION
 STEVEN M. KIPPERMAN, SBN 40895
57 Post St., Suite 604
San Francisco, California 94104
Telephone: (415) 397-8600
Facsimile: (415) 397-0792

LAW OFFICES OF KIMBERLY A. FANADY
 KIMBERLY A. FANADY, SBN 139589
115 Sansome Street, Suite 520
San Francisco, California 94104
Telephone: (415) 986-8467
Facsimile: (415) 986-8469

Attorneys for Plaintiff
Andrew R. Harris

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ANDREW R. HARRIS,

    Plaintiff,

vs.

D.A. MCCOSKER CONSTRUCTION CO., d/b/a INDEPENDENT CONSTRUCTION CO., a California corporation; and DOES 1-25, inclusive,

    Defendants.

Case No. CV-11-5339

JOINT REQUEST FOR ADMINISTRATIVE RELIEF CONTINUING CASE MANAGEMENT CONFERENCE AND RELATED DATES AND ORDER THEREON

Plaintiff has moved for an order remanding this action to state court. Plaintiff's motion is set for hearing on January 20, 2012. The court's Order Setting Initial Case Management Conference and ADR Deadlines, entered November 3, 2011 (the "Initial Order"), establishes an initial discovery and ADR schedule under which the parties will be required to perform work which ultimately will be unnecessary if the court grants the motion to remand. Acccordingly, the parties jointly request administrative relief continuing the Case Management Conference and related dates as follows:

Joint Request for Administrative Relief
and Order Thereon                               1

All deadlines presently set for January 25, 2012 by the Initial Order are continued to February 15, 2012. All deadlines presently set for February 8, 2012 by the Initial Order are continued to February 29, 2012. The Case Management Conference now set for February 17, 2012 is continued to March 9, 2012.

Dated: December 22, 2011  STEVEN M. KIPPERMAN LAW CORPORATION
LAW OFFICES OF KIMBERLY A. FANADY

By:____/s/_____
     Kimberly A. Fanady

Attorneys for Plaintiff Andrew R. Harris

Dated: December 21, 2011  CAROTHERS, DISANTE & FREUDENBERGER LLP

By:____/s/_____
     Connor J. Moyle

Attorneys for Defendant D.A. McCosker Construction Co.

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED
Judge Charles R. Breyer

***END OF ORDER***

Joint Request for Administrative Relief
and Order Thereon            2