1  STEVEN M. KIPPERMAN LAW CORPORATION
    STEVEN M. KIPPERMAN, SBN 40895
2  57 Post St., Suite 604
    San Francisco, California 94104
3  Telephone: (415) 397-8600
    Facsimile: (415) 397-0792
4
    LAW OFFICES OF KIMBERLY A. FANADY
5    KIMBERLY A. FANADY, SBN 139589
    115 Sansome Street, Suite 520
6  San Francisco, California 94104
    Telephone: (415) 986-8467
7  Facsimile: (415) 986-8469

8  Attorneys for Plaintiff
    Andrew R. Harris
9
                    UNITED STATES DISTRICT COURT
10                  NORTHERN DISTRICT OF CALIFORNIA

11
    ANDREW R. HARRIS,                                )
12                                                   ) Case No. CV-11-5339
                                                     )
13            Plaintiff,                             )
                                                     ) ~~JOINT REQUEST FOR~~ **ORDER**
14       vs.                                         ) ~~ADMINISTRATIVE RELIEF~~
                                                     ) CONTINUING CASE
15                                                   ) MANAGEMENT CONFERENCE
    D.A. MCCOSKER CONSTRUCTION CO., d/b/a            )
16  INDEPENDENT CONSTRUCTION CO., a California       )
    corporation; and DOES 1-25, inclusive,           )
17                                                   )
            Defendants.                              )
18  _____  )

19
        Plaintiff's union has filed a grievance on Plaintiff's behalf pursuant to the parties' collective
20
    bargaining agreement which may affect or render unnecessary the relief sought in this Court. In light
21
    of the pending grievance, the parties foresee either stipulating to staying the action pending a timely
22
    resolution of the grievance, or failing agreement on the terms and conditions of the stay, defendant
23
    may file a motion to dismiss the action which plaintiff may oppose. Counsel are presently
24
    negotiating the details of the stipulation.
25
        Accordingly, the parties jointly request that the Case Management Conference presently set
26

27  _____
    Joint Request for Continuance of CMC
28  and Order Thereon                         1

1  for March 9, 2012 at 8:30 AM be continued to April 13, 2012, or another date convenient to the

2  court's calendar, with the expectation that the stipulated stay or defendant's motion to dismiss will

3  be filed before the date of the continued Case Management Conference occurs.

6  Dated: March 5, 2012    STEVEN M. KIPPERMAN LAW CORPORATION
          LAW OFFICES OF KIMBERLY A. FANADY

         By:____/s/_____
              Kimberly A. Fanady

         Attorneys for Plaintiff Andrew R. Harris

11 Dated: March 5, 2012    CAROTHERS, DISANTE & FREUDENBERGER LLP

         By:____/s/_____
              Mark Van Brussel

         Attorneys for Defendant D.A. McCosker Construction Co.

19 IT IS SO ORDERED.                    _____
                                          UNITED STATES DISTRICT JUDGE
21  Signed: March 8, 2012

                                          *IT IS SO ORDERED*
                                          Judge Charles R. Breyer

         ***END OF ORDER***

28 Joint Request for Continuance of CMC
   and Order Thereon                        2