1   STEVEN M. KIPPERMAN LAW CORPORATION
      STEVEN M. KIPPERMAN, SBN 40895
2   57 Post St., Suite 604
    San Francisco, California 94104
3   Telephone: (415) 397-8600
    Facsimile: (415) 397-0792
4
    LAW OFFICES OF KIMBERLY A. FANADY
5     KIMBERLY A. FANADY, SBN 139589
    115 Sansome Street, Suite 520
6   San Francisco, California 94104
    Telephone: (415) 986-8467
7   Facsimile: (415) 986-8469

8   Attorneys for Plaintiff
    Andrew R. Harris
9
                    UNITED STATES DISTRICT COURT
10                 NORTHERN DISTRICT OF CALIFORNIA

11
    ANDREW R. HARRIS,                    )
12                                        )   Case No. CV-11-5339
                                          )
13          Plaintiff,                    )
                                          )   ~~JOINT REQUEST FOR~~ **ORDER**
14     vs .                               )   ~~ADMINISTRATIVE RELIEF~~
                                          )   CONTINUING CASE
15                                        )   MANAGEMENT CONFERENCE
    D.A. MCCOSKER CONSTRUCTION CO., d/b/a )
16  INDEPENDENT CONSTRUCTION CO., a California )
    corporation; and DOES 1-25, inclusive, )
17                                        )
            Defendants.                   )
18   _____ )

19
20          Plaintiff's union has filed a grievance on Plaintiff's behalf pursuant to the parties' collective

21  bargaining agreement which may affect or render unnecessary the relief sought in this Court. In light

22  of the pending grievance, the parties foresee either stipulating to staying the action pending a timely

23  resolution of the grievance, or failing agreement on the terms and conditions of the stay, defendant

24  may file a motion to dismiss the action which plaintiff may oppose. Counsel are presently

25  negotiating the details of the stipulation.

26          Accordingly, the parties jointly request that the Case Management Conference presently set

27

28  Joint Request for Continuance of CMC
    and Order Thereon                        1

1  for March 9, 2012 at 8:30 AM be continued to April 13, 2012, or another date convenient to the

2  court's calendar, with the expectation that the stipulated stay or defendant's motion to dismiss will

3  be filed before the date of the continued Case Management Conference occurs.

4

5

6  Dated: March 5, 2012                    STEVEN M. KIPPERMAN LAW CORPORATION
                                          LAW OFFICES OF KIMBERLY A. FANADY
7

8                                         By:_____/s/_____
9                                               Kimberly A. Fanady

10                                        Attorneys for Plaintiff Andrew R. Harris

11
    Dated: March 5, 2012                    CAROTHERS, DISANTE & FREUDENBERGER LLP
12

13

14                                        By:_____/s/_____
                                                Mark Van Brussel
15
                                          Attorneys for Defendant D.A. McCosker Construction Co.
16

17

18

19  IT IS SO ORDERED.                       _____
20                                          UNITED STATES DISTRICT JUDGE

21   Signed:  March 8, 2012

22

23                                        IT IS SO ORDERED
                                          Judge Charles R. Breyer
24                                ***END OF ORDER***

25

26

27

28  Joint Request for Continuance of CMC
    and Order Thereon                          2