UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW R. HARRIS, | No. CV 11-5339 CRB |
| Plaintiff, | |
| v. | **JUDGMENT** |
| D.A. MCCOSKER CONSTRUCTION CO., ET AL., | |
| Defendants. | |

Having granted Defendant's motion to dismiss, the Court hereby grants judgment for Defendant and against Plaintiff.

**IT IS SO ORDERED**.

Dated: November 6, 2012

CHARLES R. BREYER
United States District Judge