**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8              UNITED STATES DISTRICT COURT
9              NORTHERN DISTRICT OF CALIFORNIA
10
11   ANDREW R. HARRIS,                        No. CV 11-5339 CRB
12          Plaintiff,
13       v.                                   **JUDGMENT**
14   D.A. MCCOSKER CONSTRUCTION CO.,
     ET AL.,
15
            Defendants.
16   _____/
17
18       Having granted Defendant's motion to dismiss, the Court hereby grants judgment for

     Defendant and against Plaintiff.
19
20       **IT IS SO ORDERED**.
21
                                             _____
22   Dated:  November 6, 2012                CHARLES R. BREYER
                                             United States District Judge
23
24
25
26
27
28